**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JACK BLINCO, JR., and DEBORAH BLINCO,
on behalf of THEMSELVES and others
similarly situated,

    Plaintiffs,

vs.                                    Case No. 3:04-cv-15-J-HTS

GREEN TREE SERVICING, LLC,

    Defendant.
_____

**O R D E R**

In view of the Judgement (Doc. #28) entered by the United States Court of Appeals for the Eleventh Circuit, the Court's Order (Doc. #9) is **VACATED** insofar as it denied Defendant's Motion to Stay Case and to Compel Arbitration (Doc. #3; Motion). The Motion is **GRANTED** and this action is **STAYED** pending completion of an arbitration proceeding. Said proceeding shall be initiated within sixty (60) days from the date of this Order, employing an arbitrator mutually agreeable to the parties. The parties shall inform the Court of the resolution of the arbitration within thirty (30) days of its occurrence.

    **DONE AND ORDERED** at Jacksonville, Florida, this 29th day of April, 2005.

                                          /s/       Howard T. Snyder
                                      HOWARD T. SNYDER
                                      UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record
    and *pro se* parties, if any