UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACK BLINCO, JR., and DEBORAH BLINCO,
on behalf of THEMSELVES and others
similarly situated,

    Plaintiffs,

vs.                                   Case No.   3:04-cv-15-J-HTS

GREEN TREE SERVICING, LLC,

    Defendant.

**O R D E R**

    This cause is before the Court on its own motion.  On April 29, 2005, the case was stayed pending completion of an arbitration proceeding.  Order (Doc. #30; Order) at 1.  The parties were directed to initiate "[s]aid proceeding . . . within sixty (60) days from the date of this Order, employing an arbitrator mutually agreeable to the parties."  *Id.*

    Despite the Order's directive, it is alleged Plaintiffs have continuously and unreasonably refused to agree upon an arbitrator. *See* Defendant's Notice Pursuant to this Court's Order of September 29, 2006 Apprising Court of the Status of the Arbitration Proceedings (Doc. #33) at 3; Defendant's Notice Pursuant to this Court's Order of November 15, 2006 Apprising Court as to Status of Arbitration Proceedings (Doc. #36) at 1 (collectively, Notices). Plaintiffs have filed nothing to contradict the information

presented in the Notices. It also must be observed the Orders (Docs. ## 32, 34) inquiring as to the status of the arbitration specified all parties were to advise the Court, not just Defendant. Accordingly, it is hereby

**ORDERED:**

Plaintiffs are directed to **SHOW CAUSE** within ten (10) days from the date of this Order why this case should not be dismissed for failure to prosecute pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida.

**DONE AND ORDERED** at Jacksonville, Florida, this 30th day of January, 2007.

/s/            Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
    and pro se parties, if any