UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACK BLINCO, JR., and DEBORAH BLINCO,
on behalf of THEMSELVES and others
similarly situated,

    Plaintiffs,

vs.                                    Case No.  3:04-cv-15-J-HTS

GREEN TREE SERVICING, LLC,

    Defendant.

_____

**O R D E R**

On January 30, 2007, the Court entered an order directing Plaintiffs "to show cause within ten (10) days . . . why this case should not be dismissed for failure to prosecute pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida."  Order (Doc. #37; Order) at 2 (capitalization and emphasis omitted).  Plaintiffs have failed to respond to the Order. Additionally, it is noted a related case filed by the Blincos, 3:04-cv-422-J-16TEM (Related Case), was recently dismissed in light of their response to an order to show cause.  *See* Order of Dismissal With Prejudice (Doc. #34), entered on February 27, 2007, in Related Case.

Accordingly, upon due consideration, the above-styled cause is hereby **DISMISSED WITH PREJUDICE** for failure to prosecute.

**DONE AND ORDERED** at Jacksonville, Florida, this  21st  day of March, 2007.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
    and pro se parties, if any

-2-